IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KIMBERLY SONES, F/K/A
KIMBERLY SIMMONS

VS.                                              CIVIL ACTION NO. 1:05cv424-KS-MTP

THE BANK OF NEW YORK, AS TRUSTEE
UNDER THE POOLING AND SERVICING
AGREEMENT DATED MAY 31, 1996,
SERIES 1996-B, ET AL

## JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effectuate process and the Court finds that the above styled and numbered cause should be dismissed.

IT IS NOW ORDERED AND ADJUDGED that the above styled and numbered cause is hereby **dismissed without prejudice.**

SO ORDERED AND ADJUDGED on this, the 13th day of December, 2007.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE